

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| JACOB OLSON, | ) 4: 13CR00077HEA |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about July 26, 2010, in the Eastern District of Missouri, the defendant,

**JACOB OLSON,**

in a matter within the jurisdiction of the United States Postal Service, an agency of the United States, did knowingly and willfully make and cause to be made a false, fictitious, and fraudulent statement and representation as to a material fact and did make and use and cause to be made and used false documents, knowing the same to contain materially false, fictitious and fraudulent statements, in that, on PS Form 1583, entitled "Application for Delivery of Mail Through Agent," the defendant did state and represent and cause to be stated and represented that he was J.F. and presented a California Drivers License in the name of J.F. and his photograph and a San Bernadino County Library Card in support of his false assertion when in truth and in fact, as

**JACOB OLSON,** then well knew, he had assumed the identity of J.F. and the drivers license and library card he presented were counterfeit.

In violation of Title 18, United States Code, Section 1001.

## COUNT 2

The Grand Jury further charges:

On or about July 28, 2011, in the Eastern District of Missouri, the defendants,

**JACOB OLSON,**

in a matter affecting interstate commerce, knowingly possessed with the intent to use unlawfully and to transfer unlawfully five or more identification documents and false identification documents and authentication features, to wit: a State of California drivers license; three State of Texas drivers licenses; a State of Arizona drivers license; a Georgia drivers license; and, nine San Bernadino County library cards for fraudulent purposes and in order to facilitate a drug trafficking offense.

In violation of Title 18, United States Code, Section 1028(a)(3).

## COUNT 3

The Grand Jury further charges:

On or about July 26, 2010, in the Eastern District of Missouri, the defendant,

**JACOB OLSON,**

in a matter affecting interstate commerce, did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the name of J.F., during and

2

in relation to the commission of the felony offense of making a false statement, Title 18, United States Code, Section 1001.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

_____
FOREPERSON

RICHARD CALLAHAN
United States Attorney

_____
TRACY L. BERRY, #014753TN
Assistant United States Attorney