UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No.: 4:13-CR-00077 HEA-DDN |
| ) | |
| v. ) | |
| ) | |
| JACOB OLSON, ) | |
| ) | |
| Defendant, ) | |

**DEFENDANT'S REPLY TO GOVERNMENT'S SUPPLEMENTAL
RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

COMES NOW Defendant, by counsel Mark R. Bahn, and having reviewed the Government's Supplemental Response to Defendant's Motion to Suppress has nothing further to submit and hereby adopts its original memorandum in support of defendant's motion to suppress.

*Respectfully submitted,*

McAVOY AND BAHN, L.C.

BY: /s/ Mark R. Bahn
Mark R. Bahn, Esq. USDC 25791MO
330 Water Street
Fenton, MO 63026
(636) 343-9753 Phone
(636) 343-8669 Fax
markrbahn@aol.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing *Defendant's Reply to Government's Supplemental Response to Defendant's Motion to Suppress* was served this 28th day of May, 2013, electronically filing with the clerk of the court by using CM/ECF system, which sent notification of such filing to the following parties:

1

2

RICHARD G. CALLAHN
United States Attorney
TRACY L. BERRY
Assistant United States Attorney
111 s. Tenth Street, Room 20.333
St. Louis, MO 63102

/s/ Mark R. Bahn
***Attorney for Defendant***