UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13 CR 77 HEA / DDN |
| ) | |
| JACOB OLSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR THE SUBMISSION OF EVIDENCE

The pretrial motion of defendant Jacob Olson to suppress evidence was submitted to this court by agreement of the parties upon the written transcript of relevant oral testimony in a hearing involving defendant Olson in the Circuit Court of the City of St. Louis on March 4 and 5, 2013.  The issues before this court involve the execution of three search warrants (for the defendant's residence, for a laptop computer seized from the residence, and for a stand-alone computer hard drive also seized from the residence).  However, neither of the parties submitted to this court the three search warrants and the underlying affidavits.  The undersigned believes that a review of the these documents is necessary to decide the issues raised by the parties on the pending motion.

Therefore,

**IT IS HEREBY ORDERED** that as soon as practicable but not later than June 7, 2013, the government and the defendant shall file with the court, jointly or separately, copies of the aforesaid search warrants and underlying affidavits.



/S/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 3, 2013.